UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07CR1966-JAH |
| Plaintiff, | ) | |
| v. | ) | |
| MIGUEL ANGEL OROZCO-LOPEZ, | ) | ORDER GRANTING THE GOVERNMENT'S MOTION TO DISMISS |
| Defendant. | ) | |

### ORDER

Upon motion of the UNITED STATES OF AMERICA and good cause appearing, IT IS HEREBY ORDERED that the Indictment in criminal case number 07CR1966-JAH be dismissed, as to defendant Miguel Angel Orozco-Lopez.

IT IS FURTHER ORDERED that the bond be exonerated in criminal case number 07CR1966-JAH.

IT IS FURTHER ORDERED that any future hearing dates be vacated.

DATED: April 7, 2008

_____
JOHN A. HOUSTON
United States District Judge